I IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GEROUND BROWN,** | ) <br> ) <br> ) |
| **Plaintiff,** | ) <br> ) |
| vs. | )    Case No. 16-cv-0721-SMY <br> ) |
| **B. HOLLOMAN, et al.** | ) <br> ) |
| **Defendants.** | ) |

# JUDGMENT

**YANDLE, District Judge:**

This action came before the Court, District Judge Staci M. Yandle, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing, and the action be **DISMISSED on the merits with prejudice.** The parties shall bear their own costs. This dismissal shall count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**:

                                   JUSTINE FLANAGAN, ACTING CLERK

                                    By: s/ Tammy McMannis
                                              Deputy Clerk

**APPROVED: s/ Staci M. Yandle**
               STACI M. YANDLE
               United States District Judge